# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAREY L. JOHNSON,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 18cv2178-BEN (MSB)<br><br>**ORDER SETTING TELEPHONIC CASE MANAGEMENT CONFERENCE** |

The Court held a telephonic Case Management Conference on March 12, 2020. Based on the parties' discussions at the conference and being advised of their availability, the Court **SETS** a further telephonic, attorneys-only Case Management Conference on **June 11, 2020**, at **9:30 a.m.** Plaintiff's counsel is to arrange and initiate the conference call. The telephone number for Judge Berg's chambers is (619) 557-6632.

**IT IS SO ORDERED.**

Dated: March 12, 2020

Honorable Michael S. Berg
United States Magistrate Judge