# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAREY L. JOHNSON,<br><br>    Plaintiff,<br>vs.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | Case No. 18cv2178-BEN (MSB)<br><br>**ORDER DENYING JOINT MOTION TO STAY DEPOSITIONS AND GRANTING JOINT MOTION TO EXTEND CASE MANAGEMENT DEADLINES**<br>**[ECF NO. 46]** |

    The parties filed their "Joint Motion (1) for 60-Day Stay on Depositions and (2) for 60-Day Addition to all Case Management Deadlines Due to Covid-19 Public Health Emergency," ("Joint Motion") on April 6, 2020. (ECF No. 46.) In the Joint Motion, they ask the Court to stay all depositions and continue the remaining case management deadlines by sixty days because "[t]he current health crisis makes it well-nigh impossible for the Parties to reasonably prepare for and conduct depositions, and – as a consequence – to timely complete other professional functions (such as obtaining expert reports, themselves often

dependent on the facts established at depositions) necessary to comply with the current case management/scheduling order in this matter." (Id. at 2.)

In the first place, the Court notes that there are no deposition dates that have been set by the Court, and the Court is not aware of the dates the parties have scheduled their depositions. To the extent that the parties agree to reschedule their depositions consistent with the operative scheduling order, the Court's approval is not necessary. Therefore, the Court **DENIES** the parties' motion to stay depositions for 60 days.

However, finding good cause and after consultation with the chambers of the Honorable United States District Judge Roger T. Benitez, the Court **GRANTS** the motion to continue the dates in the scheduling order by at least 60 days, and sua sponte continues the pretrial dates by approximately 90 days. The deadlines in this case are amended as follows:

1. The deadline for completion of fact discovery is **November 17, 2020**;
2. The deadline for serving interrogatories, requests for admission, and requests for production is **September 18, 2020**;
3. The deadline for designating experts is **August 11, 2020**;
4. The deadline for designating rebuttal experts is **August 25, 2020**;
5. The deadline for disclosures under Rule 26(a)(2)(A) is **September 22, 2020**;
6. The deadline for disclosures under Rule 26(a)(2)(D) and Rule 26(e) is **October 6, 2020**;
7. The deadline for completion of expert discovery is **November 17, 2020**;
8. The pretrial motion deadline is **December 17, 2020**;

///

///

9. The Mandatory Settlement Conference will be held on **December 2, 2020**, at **9:30 a.m.**, in the chambers of Magistrate Judge Michael S. Berg located at 221 West Broadway, second floor, San Diego, CA 92101. Confidential Settlement Statements must be lodged with the Court no later than **November 25, 2020**.

10. For bench trials before the Honorable Roger T. Benitez, counsel shall file their Memoranda of Contentions of Fact and Law and take any other action required by Civil Local Rule 16.1(f)(2) by **January 25, 2021**.

11. Counsel shall comply with the pre-trial disclosure requirements of Federal Rule of Civil Procedure 26(a)(3) by **January 25, 2021**.

12. Counsel shall meet and take the action required by Civil Local Rule 16.1(f)(4) by **February 1, 2021**.

13. Counsel for plaintiff will be responsible for preparing the pretrial order and arranging the meetings of counsel pursuant to Civil Local Rule 16.1(f). By **February 8, 2021**, plaintiff's counsel must provide opposing counsel with the proposed pretrial order for review and approval. Opposing counsel must communicate promptly with plaintiff's attorney concerning any objections to form or content of the pretrial order, and both parties shall attempt promptly to resolve their differences, if any, concerning the order.

14. The Proposed Final Pretrial Conference Order, including objections to any other parties' Federal Rule of Civil Procedure 26(a)(3) Pretrial Disclosures shall be prepared, served and lodged with the assigned district judge by **February 15, 2021**.

/ / /

/ / /

/ / /

/ / /

15. The final Pretrial Conference is scheduled on the calendar of the Honorable Roger T. Benitez on **February 22, 2021** at **10:30 a.m.**

**IT IS SO ORDERED.**

Dated: April 7, 2020

Honorable Michael S. Berg
United States Magistrate Judge