UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAREY L. JOHNSON,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　　　Defendants. | Case No.: 3:18-cv-2178-BEN-MSB<br><br>**ORDER GRANTING STIPULATION AND JOINT MOTION TO CONTINUE CERTAIN PRETRIAL DATES**<br><br>[ECF No. 97] |

This matter comes before the Court on the Parties' Joint Motion to continue the dates for (1) the Final Pretrial Conference, and (2) the lodging of their Proposed Final Pretrial Conference Order. ECF No. 97. In support, the Parties note they are able to refine their witness and exhibit lists in light of the Court's recent order granting summary judgment in part to Defendant the United States. *Id*. at 2. Good cause appearing, the Parties' Joint Motion is GRANTED. The Court hereby orders that:

(1) The Parties' Proposed Final Pretrial Conference Order shall be lodged with the Court on or before March 17, 2021; and

(2) The final pretrial conference shall be held on March 24, 2021.

**IT IS SO ORDERED.**

Dated: January 29, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ signature*

**HON. ROGER T. BENITEZ**
United States District Judge