UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAREY L. JOHNSON,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　　　Defendants. | Case No.: 3:18-cv-2178-BEN-MSB<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>**[ECF Nos. 99, 101]** |

　　　Pending before the Court is a joint motion to dismiss this entire action with prejudice. ECF No. 101. Good cause appearing, the Court **GRANTS** the joint motion and **DISMISSES** this case, in its entirety, **WITH PREJUDICE**. Each party shall bear its own attorneys' fees and costs of suit. The Parties' Joint Motion for an Extension to file this motion (ECF No. 99) is **DENIED as moot**.

　　　IT IS SO ORDERED.

Dated: March 26, 2021

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　**HON. ROGER T. BENITEZ**
　　　　　　　　　　　　　　　　　　　　　　United States District Judge